■ BRIAN A. SHERIDAN, Appellant, v PLAYBOY CLUBS INTERNATIONAL, INC., et al., Respondents.—Appeal from judgment, Supreme Court, New York County, entered on December 28, 1979, unanimously dismissed as not properly before this court having previously been dismissed for failure to prosecute, by order entered on December 20, 1979. No opinion. Concur—Kupferman, J. P., Birns, Fein, Sandler and Lupiano, JJ.

■ In the Matter of the Judicial Settlement of UNITED STATES TRUST COMPANY OF NEW YORK, as Trustee under the Will of SARAH D. GARDINER, Deceased. ROBERT D. L. GARDINER, Appellant; ALEXANDRA G. CREEL et al., Respondents.—Final decree, Surrogate's Court, New York County, entered on July 25, 1980, unanimously affirmed, without costs and without disbursements. We do not pass upon the rights of the parties in the event of the death of respondent-respondent Alexandra Gardiner Creel leaving appellant Robert D. L. Gardiner surviving. No opinion. Concur —Ross, J. P., Silverman, Yesawich and Carro, JJ; Lupiano, J., would affirm for the reasons stated by Lambert, S.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL ALSTON, Appellant.—Judgment of resentence, Supreme Court, Bronx County, rendered on December 7, 1979, unanimously affirmed, and the appeal from the judgment of said court rendered on April 19, 1979 dismissed since by reason of resentence said judgment was vacated and it is from the judgment of resentence only that an appeal lies. No opinion. Concur—Birns, J. P., Fein, Sullivan, Markewich and Yesawich, JJ.